IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JEREMIAH M. McGEE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. 04-cv-0284-MJR |
| ) | |
| **JoANN BARNHART,** ) | |
| **Commissioner of Social Security,** ) | |
| ) | |
| **Defendant.** ) | |

### MEMORANDUM AND ORDER

**REAGAN, District Judge:**

On April 27, 2004, Jeremiah McGee filed a *pro se* complaint in this Court seeking judicial review of a decision of the Commissioner of the United States Social Security Administration, pursuant to **42 U.S.C. § 405(g)**. McGee challenged the denial of his claim for supplemental security income (or "SSI") benefits. With the complaint, McGee filed a motion for leave to proceed *in forma pauperis* in this Court.

In an Order dated March 4, 2005, this Court granted McGee leave to file an amended complaint plainly setting forth the precise decision being challenged in this suit, *i.e.*, what types of benefits McGee applied for, exactly what happened with that application, whether McGee now challenges a decision of the Appeals Council, the date of the decision being challenged, and whether all administrative steps were exhausted before McGee filed this suit (Doc. 3). In that Order, the Court also denied at that time McGee's motion for pauper status (Doc. 2), stating that if McGee filed an amended complaint by March 31, 2005 answering the Court's questions, the Court would reconsider McGee's request for pauper status.

Thereafter, on March 31, 2005, McGee filed his *pro se* amended complaint (Doc. 4). Accordingly, the Court now reconsiders McGee's motion for leave to proceed *in forma pauperis* (Doc. 2).

By granting a motion for pauper status, a court authorizes a lawsuit to proceed without prepayment of fees. An applicable statute requires federal courts to carefully screen complaints filed by movants for pauper status. The Court must dismiss any such complaint if (a) the allegation of poverty is untrue, (b) the action is frivolous or malicious, (c) the action fails to state a claim upon which relief can be granted, or (d) the action seeks monetary relief from a defendant who is immune from such relief. **28 U.S.C. § 1915(e)(2).**

As stated in the Court's March 4, 2005 Order, McGee's allegation of poverty appears truthful, the action is neither frivolous nor malicious, and the action does not seek monetary relief from an immune defendant (Doc. 3). And based on McGee's amended complaint, it appears that McGee states a claim upon which relief can be granted as he has exhausted all administrative remedies and timely commenced this suit within 60 days of receiving notice of the Social Security Administration's final adverse decision.

In his amended complaint, McGee states he applied for supplemental social security income so as to receive a medical card to pay for his medications. It appears from the complaint that his claim was initially denied by the Social Security Administration and a hearing was held before Administrative Law Judge Robert O'Blennis who partially approved McGee's claim. McGee then requested review by the Appeals Counsel, which was denied on February 27, 2004. Thereafter, McGee filed his original complaint in this Court on April 27, 2004, within sixty days of his receiving notice of the Appeals Counsel's final adverse decision. *See* Doc. 3, Exh. A. As a result, the Court

finds that McGee states a claim upon which relief may be given so as to be granted pauper status. *See* **42 U.S.C. § 405(g); 20 C.F.R. §§ 404.900-404.983;** *Califano v. Sanders***, 430 U.S. 99, 101-02 (1977).**

Accordingly, the Court **GRANTS** Jeremiah M. McGee's request to proceed *in forma pauperis* (Doc. 2). The Court **DIRECTS** the Clerk's Office to prepare and issue a summons on the named Defendant. Once the Clerk's Office issues the summons, the Court **DIRECTS** the United States Marshal Service to serve the summons and complaint upon Defendant. Costs of service shall be borne by the United States.

**IT IS SO ORDERED.**

**DATED this 28th day of April, 2005.**

    s/ Michael J. Reagan
    **MICHAEL J. REAGAN**
    **United States District Judge**